AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>Jose Gilberto Aguilar-Rabanales<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No.  25-mj-7003 (EAP) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of ____Cumberland____ in the
_____ District of ____New Jersey____, the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry after removal |

This criminal complaint is based on these facts:
See Attachment B

☑ Continued on the attached sheet.

_____
Complainant's signature

Ellen Chao, Deportation Officer, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means).*

Date: 2/7/2025

_____
Judge's signature

City and state: Camden, New Jersey

Honorable Elizabeth A. Pascal, U.S.M.J.
*Printed name and title*

CONTENTS APPROVED
UNITED STATES ATTORNEY

By: *Josephine Park*

Josephine J. Park
Assistant United States Attorney

Date: February 7, 2025

**Attachment A**

On or about January 23, 2025, in Cumberland County, in the District of New Jersey, the defendant, Jose Gilberto Aguilar-Rabanales, an alien, who had been previously excluded and deported and had departed from the United States, did knowingly and unlawfully enter and was found in the United States without the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States,

In violation of Title 8, United States Code, Sections 1326(a).

**Attachment B**

I, Ellen Chao, am a Deportation Officer of U.S. Immigration and Customs Enforcement ("ICE"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports and documents. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert than an event took place on a particular date, I am asserting that it took place on or about the date and time alleged.

1. Defendant Jose Gilberto Aguilar-Rabanales ("AGUILAR-RABANALES") is a native and citizen of Mexico.

2. On March 25, 2018, agents from the United States Customs and Border Protection ("CBP") encountered AGUILAR-RABANALES in or near Cowlic, Arizona. AGUILAR-RABANALES had entered the United States without a valid immigration visa, reentry permit, border crossing card, or other valid entry document.

3. On March 26, 2018, pursuant to Section 235(b)(1) of the Immigration and Nationality Act, a CBP agent determined and the Acting Patrol Agent-in-Charge verified that AGUILAR-RABANALES was inadmissible to the United States. AGUILAR-RABANALES was then ordered removed from the United States. The next day, on March 27, 2018, AGUILAR-RABANALES was removed to Mexico by departing on foot from Nogales, Arizona.

4. On an unknown date after March 27, 2018, AGUILAR-RABANALES illegally reentered the United States without obtaining the express consent of the Attorney General or the Secretary of Homeland Security.

5. On January 22, 2025, AGUILAR-RABANALES was arrested by the Bridgeton Police Department and charged with sexual assault of a victim between 13-15 years old, criminal sexual contact, and endangering the welfare of a child by engaging in sexual conduct with a child by a non-caretaker.

6. On January 23, 2025, ICE officers encountered AGUILAR-RABANALES at Cumberland County Jail in Bridgeton, New Jersey.

7. A search of records relating to AGUILAR-RABANALES showed that AGUILAR-RABANALES had not applied or received permission to reenter the United States after his removal on March 27, 2018.

8. Based on the foregoing information and my training and experience, there is probable cause to believe that AGUILAR-RABANALES, a native and citizen of Mexico, was found in the United States on January 23, 2025, after having been removed to Mexico on March 27, 2018, without having obtained the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a).

_____
Ellen Chao
Deportation Officer, ICE

Pursuant to Fed. R. Crim. P. 4.1, Deportation Officer Chao was sworn and attested to the contents of this affidavit via telephone in support of the complaint and arrest warrant for defendant Jose Gilberto Aguilar-Rabanales.

_____  Date: February 7, 2025
HON. ELIZABETH A. PASCAL
United States Magistrate Judge

2