UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Elizabeth A. Pascal |
| v. | : | Mag. No. 25-7003 (EAP) |
| JOSE GILBERTO AGUILAR-RABANALES | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of Vikas Khanna, Acting United States Attorney for the District of New Jersey (Josephine J. Park, Assistant U.S. Attorney, appearing), and defendant Jose Gilberto Aguilar-Rabanales (Ikram Ally, Assistant Federal Public Defender, appearing), for an order granting a 30-day continuance under 18 U.S.C. § 3161(h)(7)(A).

2. The Court has not granted a § 3161(h)(7)(A) continuance previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

   a. The United States will voluntarily provide the defendant with pre-indictment discovery and defense counsel requires adequate time to review same.

   b. The parties are beginning to engage in plea negotiations, and both the United States and the defendant will need additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

   c. Consequently, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued for a period of 30 days from February 10, 2025, through March 11, 2025; and it is further

ORDERED that the period from February 10, 2025, through March 11, 2025, shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

(CONTINUED ON NEXT PAGE)

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. ELIZABETH A. PASCAL
United States Magistrate Judge

Dated: February 10, 2025

Form and entry consented to:

_____
Josephine J. Park
Assistant U.S. Attorney


 /s/ Ikram Ally 
Ikram Ally
Assistant Federal Public Defender
Counsel for Defendant Jose Gilberto Aguilar-Rabanales